160 So. 724

**L. G. McQUEEN v. FIRST NATIONAL BANK OF WETUMPKA.**

**5 Div. 204.**

Supreme Court of Alabama.

March 21, 1935.

Rehearing Denied April 25, 1935.

■

Huddleston & Jones, of Wetumpka, for the motion.

Holley & Milner, of Wetumpka, opposed.

PER CURIAM.

Petition of L. G. McQueen for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McQueen v. First Nat. Bank of Wetumpka, 160 So. 723.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.